## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**PATRICK GUILLORY JR #587254**    **CASE NO. 6:18-CV-01195 SEC P**

**VERSUS**                   **JUDGE ROBERT SUMMERHAYS**

**RESPIRDAL CORP., ET AL**    **MAGISTRATE JUDGE HANNA**

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record

**IT IS ORDERED, ADJUDGED AND DECREED** that this complaint be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted, and, in the alternative, as time-barred.

THUS DONE in Chambers on this _2nd_ day of _December_, 2019.

_____
**Robert R. Summerhays**
**United States District Judge**